United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

PRIME PROPERTY & CASUALTY INSURANCE INC. §
§
§
Plaintiff, §
§ Civil Action No. 4:15-cv-3068
v. §
§
MID-A TRANSPORTATION INC. NURIDDIN PARDAYEV, JEREMY NATHANIEL PRICE, AMSCO TRANSPORTATION, INC., R.W. TIMMS LEASING, LLC and WESTERN FLYER EXPRESS, INC. §
§
Defendants. §

**ORDER**

After considering Plaintiff Prime Property & Casualty Insurance, Inc.'s Motion for Damages in Support of Default Judgment, the Court is of the opinion that Plaintiff's Motion should be GRANTED.

WHEREFORE, it is hereby ORDERED that Plaintiff Prime Property & Casualty Insurance, Inc. is entitled damages as follows: $750,000.00 against Defendant Mid-A Transportation, Inc. as reimbursement for Plaintiff Prime Property & Casualty Insurance, Inc.'s payment of public liability limits on behalf of Defendants Mid-A Transportation, Inc. and Nurridin Pardayev under the MCS-90 Endorsement in settlement of the underlying *Hickman* lawsuit.

IT IS SO ORDERED.

Signed on March 30 2016.

[signature]
United States District Judge

Approved and Entry Requested,

SWANSON, MARTING & BELL, LLP

By: */s/ Daniel G. Wills*
Daniel G. Wills
*Attorney in Charge, Pro Hac Vice*
Ill. Bar No. 6204762
330 North Wabash Ave.,
Suite 3300
Chicago, Ill. 60611
Tel.: (312) 222-8573
Fax: (312) 321-0990
danwills@smbtrials.com

BINGHAM, MANN & HOUSE

By: */s/ Bradley M. Bingham*
BRADLEY M. BINGHAM
State Bar No. 02322400
S.D. Tex. Bar No. 838
DEBRA BRADBERRY
State Bar No. 24048362
S.D. Tex. No. 587156
4500 Yoakum Boulevard
Houston, TX 77006
Tel.: (713) 357-9870
Fax: (713) 559-3060
bbingham@bmh-law.com
dbradberry@bmh-law.com

Attorneys for Plaintiff,
Prime Property & Casualty Insurance, Inc.